UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
MAR 1
2005 FEB 28  P 3:02
DISTRICT OF MASS.

05   10395   NG

RECEIPT # _____
AMOUNT $ 350.00
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE ___

MAGISTRATE JUDGE _____

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. ) |
| FIGI ACQUISITION COMPANY, LLC, | ) ) |
| Defendant. | ) ) |

COMPLAINT AND JURY DEMAND

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

1.    Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2.    Plaintiff CKQ DESIGNS, INC. is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

3.    On information and belief, Defendant FIGI ACQUISITION COMPANY, LLC is a Delaware Limited Liability company having a place of business at 3636 Gateway Center Drive, San Diego, California 92102, and is doing business in this judicial district.

- 1 -

4.     This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 in that the Complaint sets forth a count for patent infringement under Title 35 of the United States Code.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

6.     Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is the exclusive licensee, and Plaintiff CKQ Designs, Inc. is the assignee, of U.S. Patent No. 501, 205 entitled "Holder/Charging Stand for a Mobile Phone or the Like," which Patent duly issued on January 25, 2005 (the "'205 patent"). A true copy of the '205 Patent is attached hereto as Exhibit A.

7.     Plaintiffs have the exclusive rights to make, use, offer for sale, and sell mobile phone holders and/or charging stands embodying the invention of the '205 Patent.

8.     On information and belief, Defendant has been and is making, using, offering for sale, and and/or selling, mobile phone holders and/or charging stands embodying the invention of the '205 Patent, without authorization from Plaintiffs.

9.     The aforesaid actions of Defendant have continued despite Defendant having actual notice of the '205 patent as of its date of issuance on January 25, 2005. On information and belief, such actions have been taken in willful and flagrant disregard of Plaintiffs' patent rights under the '205 patent.

- 2 -

10. Said actions of Defendant constitute willful infringement of the '205 Patent under 35 U.S.C. § 271.

WHEREFORE, Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. demand judgment as follows against the Defendant:

A. That this court preliminarily and permanently enjoin Defendant, from the manufacture, use, offer for sale, and sale of products that infringe the '205 Patent.

B. That Defendant provide an accounting for damages regarding its manufacture, use, offer for sale, and sale of the infringing products.

C. That Plaintiffs be awarded damages adequate to compensate for the infringement, including Defendant's profits pursuant to 35 U.S.C. § 289, but in no event less than a reasonable royalty, together with interest and costs.

D. That Plaintiffs be awarded treble damages for Defendant's intentional, willful, and wanton violation of Plaintiffs' patent rights, as well as prejudgment interest and Plaintiffs' costs, expenses, and attorneys' fees in this action, as authorized by 35 U.S.C. §§ 284 and 285.

E. That this Court grant such other order and further relief as it deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demand trial by jury of all issues so triable.

QSL CORPORATION d/b/a WAXCESSORIES

John L. Welch   BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA   02210
617/832-1000

- 4 -



US00D501205S

(12) **United States Design Patent**
Quinn

(10) Patent No.: **US D501,205 S**

(45) Date of Patent: ** **Jan. 25, 2005**

(54) **HOLDER/CHARGING STAND FOR A MOBILE PHONE OR THE LIKE**

(75) Inventor: **Kevin J. Quinn**, Methuen, MA (US)

(73) Assignee: **CKO Designs, Inc.**, Dracut, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,860**

(22) Filed: **Mar. 22, 2004**

(51) LOC (7) Cl. .................................................. **14-03**

(52) U.S. Cl. .................................................. **D14/253**

(58) Field of Search ........................ D14/137, 434,
D14/138, 447, 148, 147, 149–151, 140–142,
240, 241, 251–253, 451, 218; 379/426,
449, 419, 420.01–420.04, 428.01–428.04,
440, 454, 455, 446; 455/550.1–90.3; D13/107,
108; 224/670, 197, 271; D3/218; 248/221.11,
231.81; 320/110–115

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D206,590 | S | * | 1/1967 | Haggstrom | D13/108 |
| 3,644,873 | A | * | 2/1972 | Dalton et al. | 439/299 |
| D275,482 | S | * | 9/1984 | Coons et al. | D14/253 |
| 4,741,034 | A | * | 4/1988 | Errichiello et al. | 379/455 |
| D313,221 | S | * | 12/1990 | Skully et al. | D13/108 |
| D334,384 | S | * | 3/1993 | Nye | D14/149 |
| D345,728 | S | * | 4/1994 | Tyneski et al. | D13/108 |
| D352,282 | S | * | 11/1994 | Toh et al. | D14/150 |
| D357,990 | S | * | 5/1995 | Cheng et al. | D26/38 |
| 5,479,486 | A | * | 12/1995 | Saji | 455/573 |
| D368,892 | S | * | 4/1996 | Tanaka | D13/108 |
| D369,163 | S | * | 4/1996 | Leung et al. | D14/150 |
| D369,344 | S | * | 4/1996 | Lindeman et al. | D13/108 |
| 5,525,888 | A | * | 6/1996 | Toya | 320/111 |
| D385,252 | S | * | 10/1997 | Snyder et al. | D13/108 |

| | | | | | |
|---|---|---|---|---|---|
| D396,033 | S | * | 7/1998 | Ahearn et al. | D14/457 |
| D399,244 | S | * | 10/1998 | Coveley | D18/12 |
| 5,946,637 | A | * | 8/1999 | Umbach et al. | 455/573 |
| D417,431 | S | * | 12/1999 | Okura et al. | D13/108 |
| D422,556 | S | * | 4/2000 | Okura et al. | D13/107 |
| D428,597 | S | * | 7/2000 | Murata et al. | D13/108 |
| 6,130,521 | A | * | 10/2000 | Collins et al. | 320/115 |
| D433,991 | S | * | 11/2000 | Buchin et al. | D13/108 |
| D451,498 | S | * | 12/2001 | Rossel | D14/218 |
| D460,446 | S | * | 7/2002 | Hughes et al. | D14/253 |
| D463,361 | S | * | 9/2002 | Ruohonen | D13/108 |
| 6,509,716 | B2 | * | 1/2003 | Yi | 320/115 |
| D471,578 | S | * | 3/2003 | Okuley | D16/242 |
| 6,534,953 | B2 | * | 3/2003 | Shirakawa | 320/114 |
| D475,346 | S | * | 6/2003 | McCurrach et al. | D13/108 |
| D477,823 | S | * | 7/2003 | Lavello, Sr. | D14/253 |
| D480,393 | S | * | 10/2003 | Toor et al. | D14/253 |
| D486,786 | S | * | 2/2004 | Eroma et al. | D13/108 |

FOREIGN PATENT DOCUMENTS

WO        DM/061400        *   7/2002

* cited by examiner

*Primary Examiner*—Jeffrey Asch

(74) *Attorney, Agent, or Firm*—John L. Welch

(57) **CLAIM**

The ornamental design for a holder/charging stand for a mobile phone or the like, as shown and described.

**DESCRIPTION**

FIG. 1 is perspective view of the holder/charging stand for a mobile phone or the like according to our new design, as seen from the left front corner thereof.

FIG. 2 is right side elevational rear view thereof, the left side elevational view being a mirror image thereof.

FIG. 3 is a front elevational view thereof; and,

FIG. 4 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Jan. 25, 2005          **US D501,205 S**



FIG. 1



FIG. 4



FIG. 3



FIG. 2

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.

### DEFENDANTS
FIGI ACQUISITION COMPANY, LLC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Middlesex__

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _MARI_

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Welch and Ian J. McLoughlin
Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210-2600
617-832-1000

ATTORNEYS (IF KNOWN)

FILED IN CLERKS OFFICE

2005 FEB 29 P 3: 02

DISTRICT COURT
DISTRICT OF MASS

05-10395 NG

## II. BASIS OF JURISDICTION (PLACE AND "X" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT Plaintiff
- ☐ 2 U.S. GOVERNMENT Defendant
- ☒ 3 FEDERAL QUESTION (US Government Not a Party)
- ☐ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR
(For Diversity Cases Only) PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | | PERSONAL PROPERTY | ☐ 660 Occupational Safety Health | ☒ 830 Patent | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholder Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395 ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 D/WC.DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiffs allege that Defendant has infringed their patent and rights under 35 U.S.C. § 271.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions)

JUDGE _____   DOCKET NUMBER _____

DATE  3/1/05

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT# _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) QSL CORPORATION v. WAXCESSORIES and
    CKQ DESIGNS, INC.

    2005 FEB 29  P 3: 02

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE
    CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).
    U.S. DISTRICT COURT
    DISTRICT OF MASS.

    ☐   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☒   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950           for patent, trademark or copyright cases

    ☐   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ☐   V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

    Figi Acquisition Company v. QSL Corporation, USDC, Southern District of California,

    C.A. No: 04CV2579 JM (AJB)

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?                                                                  YES ☐    NO ☒

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING
    THE PUBLIC INTEREST?   (SEE 28 USC 2403)                                YES ☐    NO ☒
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?   YES ☐    NO ☐

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO
    TITLE 28 USC 2284?                                                      YES ☐    NO ☒

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS
    (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C))                           YES ☐    NO ☒
    OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?
    (SEE LOCAL RULE 40.1(D))                                                YES ☐    NO ☒

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF
    THE DISTRICT?                                                           YES ☐    NO ☒
    (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? EASTERN

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY
    GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

    CENTRAL SECTION;   YES ☐    NO ☐     OR WESTERN SECTION;   YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  John L. Welch and Ian J. McLoughlin

ADDRESS  Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600

TELEPHONE NO  (617) 832-1000

(Categfirm.rev-3/97)  1995557