UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB 29 P 3:02

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIGI ACQUISITION COMPANY, LLC <br><br> Defendant. | Civil Action No. <br><br> 05-10395 NG |

## PLAINTIFFS' CORPORATE DISCLOSURE

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

QSL CORPORATION d/b/a WAXCESSORIES

_____
John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated: March 1, 2005

FHBOSTON/2388190.1

- 1 -