UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.,<br><br>    Plaintiffs,<br><br>       v.<br><br>FIGI ACQUISITION COMPANY, LLC,<br><br>    Defendant. | Civil Action No.<br>05-cv-10395 |

MOTION FOR AN ORDER ENJOINING DEFENDANT FROM PROSECUTING
CALIFORNIA DECLARATORY JUDGMENT ACTION

Plaintiffs QSL Corporation d/b/a Waxcessories and CKQ Designs, Inc. hereby move for an Order enjoining defendant Figi Acquisition Company, LLC from prosecuting a recently-filed and closely related action for a declaratory judgment in the United States District Court for the Southern District of California.

In support of this Motion, plaintiffs rely on the accompanying Memorandum of Law in Support of Motion for an Order Enjoining Defendant from Prosecuting California Declaratory Judgment Action, as well as the Affidavit of Sean M. Quinn.

- 1 -

<u>Request for Oral Argument</u>

Pursuant to Local Rule 7.1(D), plaintiffs request a hearing and oral argument on this Motion which may assist the Court in deciding the matters asserted herein.

Respectfully submitted,
QSL CORPORATION d/b/a WAXCESSORIES and
CKQ DESIGNS, INC.,

By their attorneys,


/s/ Ian J. McLoughlin
John L. Welch  BBO No. 522,040
Ian J. McLoughlin  BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated: March 4, 2005

- 2 -