UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————————
                                        )
QSL CORPORATION d/b/a WAXCESSORIES      )
and CKQ DESIGNS, INC.,                  )
                                        )
        Plaintiffs,                     )
                                        )
            v.                          )    Civil Action No.
                                        )      05-cv-10395
                                        )
FIGI ACQUISITION COMPANY, LLC,          )
                                        )
        Defendant.                      )
———————————————————————————)


———————————————————————————
Commonwealth of Massachusetts  )
                               )  ss.
County of Middlesex            )


<u>AFFIDAVIT OF SEAN M. QUINN</u>


    SEAN M. QUINN, having been duly sworn, hereby deposes and

states:


    1.    I am the CEO of QSL Corporation, which does business under

the trade names WAXCESSORIES® and INSIGHTS ("QSL").  QSL and CKQ

Designs, Inc. ("CKQ") are Massachusetts corporations with their only

places of business at 20 Commercial Drive, Dracut, Massachusetts.

QSL and CKQ are small but growing family-owned businesses that design

and market ceramic candle accessories and other household products.

Among these products are ceramic mobile phone holders and charging

stands, which QSL markets under the trademark PHONE WHERE.

- 1 -

2.    QSL has a total of about 45 employees, all located in Dracut, Massachusetts. My mother, Carol A. Quinn, is the Chairman of the Board of QSL; and my sister, Sandra L. Grenier, is the Secretary and Treasurer.

3.    CKQ has three employees: namely, my brother, Kevin Quinn, who is the President; my father, Frank Quinn, the Treasurer; and my mother, who is the Secretary.

4.    I understand that Figi is a large, national company that sells gifts and accessories for the garden and home. According to the Figi website at www.figi.net, it has showrooms in Chicago, Atlanta, Los Angeles, and Dallas. I understand that Figi has at least one sales representative in Massachusetts and has substantial business here.

Signed under the pains and penalties of perjury this 4th day of March, 2005.

 /s/ Sean M. Quinn
                Sean M. Quinn

- 2 -