UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., | ) ) ) |
| Plaintiffs, | ) ) CA No. 05-CV-10395 |
| v. | ) ) ) |
| FIGI ACQUISITION COMPANY, LLC | ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEARANCE FOR ERIK PAUL BELT, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, Figi Acquisition Company, LLC, in the above-captioned case.

Dated: March 9, 2005

_____
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

00001/00001 369446.1