UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION d/b/a <br> WAXCESSORIES and <br> CKQ DESIGNS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIGI ACQUISITION COMPANY, LLC, <br><br> Defendant. | Civil Action No. 05-10395-NG |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

The above-captioned Figi Acquisition Company, LLC, has changed its name to Figi LLC. Figi LLC is a privately held limited liability company. It has no parent corporation, and no public company owns 10% or more of its stock.

Dated: March 9, 2005

FIGI LLC
*By its attorneys,*

Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bromsun.com

Of Counsel:

Peter J. Schulz, Esq.
Phillip McKenney, Esq.
GRECO TRAFICANTE & EDWARDS
555 West Beech Street, Suite 500
San Diego, CA 92101
tel. (619) 234-3660
fax. (619) 234-0626

## CERTIFICATE OF SERVICE

I certify that, on March 9, 2005, I served a true copy of this document by hand delivery on counsel for each other party.

_____
Erik Paul Belt

00001/00001  369376.1