UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-10395-NG |
| v. | ) ) ) | |
| FIGI ACQUISITION COMPANY, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION FOR EXTENSION TO FILE ANSWER**

The defendant, Figi, LLC (*f/k/a* Figi Acquisition Company, LLC), moves for a two-week extension to answer the plaintiffs' complaint. Under the current time table, Figi's answer is due on Tuesday, March 22, 2005. Under the requested extension, the answer will be due on Tuesday, April 5, 2005.

The plaintiffs have assented to this extension request.

ACCORDINGLY, Figi respectfully requests that the Court grant the requested extension.

**LR 7.1 CERTIFICATE**

Counsel for the parties conferred by telephone and e-mail on March 21, 2005. Counsel for the plaintiffs assented to this extension request.

| | |
|---|---|
| Dated: March 21, 2005 | FIGI LLC |
| | *By its attorneys*, |
| | /s/  Erik Paul Belt |
| | Erik Paul Belt, BBO # 558620 |
| | BROMBERG & SUNSTEIN LLP |
| | 125 Summer Street |
| | Boston, Massachusetts 02110 |
| | Tel:  (617) 443-9292 |
| | Facsimile:  (617) 443-0004 |
| | ebelt@bromsun.com |

Of Counsel:

Peter J. Schulz, Esq.
Phillip McKenney, Esq.
GRECO TRAFICANTE & EDWARDS
555 West Beech Street, Suite 500
San Diego, CA 92101
tel. (619) 234-3660
fax. (619) 234-0626

02990/00501   372275.1