UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
QSL CORPORATION d/b/a WAXCESSORIES   )
and CKQ DESIGNS, INC.,               )
                                     )
      Plaintiffs,                    )
                                     )
      v.                             )    Civil Action No.
                                     )        05-cv-10395
                                     )
FIGI ACQUISITION COMPANY, LLC,       )
                                     )
      Defendant.                     )
_____)


_____
Commonwealth of Massachusetts    )
                                 )  ss.
County of Middlesex              )
```

AFFIDAVIT OF FRANK QUINN

FRANK QUINN, having been duly sworn, hereby deposes and states:

1.  I am the Treasurer of CKQ Designs, Inc. ("CKQ"). CKQ is a Massachusetts corporation with its only places of business at 20 Commercial Drive, Dracut, Massachusetts. CKQ is a small family-owned business that designs ceramic candle accessories and other household products. Among these products are ceramic mobile phone holders and charging stands, which are marketed by QSL CORPORATION under the trademark PHONE WHERE.

- 1 -

2. CKQ has three employees: namely, my wife Carol Quinn, the Secretary of the company, my son Kevin Quinn, who is the President; and Kellee LeBlanc. The officers and directors of CKQ are my wife, my son Kevin, and me. All of these officers, directors, and employees work in Massachusetts.

3. CKQ is not qualified or registered to do business in California. CKQ maintains no registered agent for service of process in California. CKQ has no offices in California, has no telephone listings or mailing addresses in California, has no employees or agents based in or property located in California, and is not subject to property or income taxation by the State of California. CKQ has no assets or bank accounts in California.

Signed under the pains and penalties of perjury this 22nd day of March, 2005.

/s/ Frank Quinn
Frank Quinn
