# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIGI ACQUISITION COMPANY, LLC, <br><br> Defendant. | Civil Action No. 05-10395-NG |

## SUGGESTION OF BANKRUPTCY

Please note that defendant Figi, LLC (*f/k/a* Figi Acquisition Company, LLC) is the subject of an involuntary petition for relief (a copy of which is attached as Exhibit A) under Chapter 7, Title 11 of the United States Code, which was filed by three of its creditors, Enseng Hong Kong Ltd., Venture Manufacturing Ltd., and Gladgem Industrial Ltd., on May 6, 2005. Accordingly, pursuant to 11 U.S.C. §362, the above-captioned action was automatically stayed by operation of law.

Dated: May 20, 2005

FIGI LLC

*By its attorneys*,

/s/ Erik Paul Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bromsun.com

Of Counsel:

Peter J. Schulz, Esq.
Phillip McKenney, Esq.
GRECO TRAFICANTE & EDWARDS
555 West Beech Street, Suite 500
San Diego, CA 92101
tel. (619) 234-3660
fax. (619) 234-0626

02990/00501   387786.1

# EXHIBIT A

Case 1:05-cv-10395-NG    Document 20-2    Filed 05/20/2005    Page 1 of 4

FORM B5(12/03)  FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of California | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**FIGI LLC, a Delaware Limited Liability Company** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**3636 Gateway Center**<br>**San Diego, CA 92102** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**FIGI, LLC**<br>**PO Box 85515**<br>**San Diego, CA 92186** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**San Diego** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**3636 Gateway Center, San Diego, CA 92102** ||

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual          ☐ Stockbroker
☐ Partnership         ☐ Commodity Broker
☐ Corporation         ☐ Railroad
■ Other:  **Delaware Limited Liability Co.**

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Importer/Retailer**

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
    or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Name of Debtor **FIGI LLC, a Delaware Limited Liability Company**

FORM 5 Involuntary Petition (6/92)

Case No._____ (court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Michael Lin, President
Signature of Petitioner or Representative (State title)

**ENSENG (H.K) LTD**    May 6, 2005
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael Lin, President
Enseng (H.K) Ltd
16/F., 29 Austin Road
Tsim Sha TSui
Kowloon, Hong Kong

X /s/ Paul J. Leeds    May 6, 2005
Signature of Attorney    Date

**Paul J. Leeds**
Name of Attorney Firm (If any)

Higgs, Fletcher & Mack LLP
401 West A Street Suite 2600
San Diego, CA 92101-7910
Address
Telephone No. **(619) 236-1551**

X /s/ Paul Su, Manager
Signature of Petitioner or Representative (State title)

**Venture Manufacturing Ltd.**    May 6, 2005
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul Su, Manager
97 Robinson Road
Block 2, 11C
Hong Kong

X /s/    May 6, 2005
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X /s/ Chow Man, Marketing Manager
Signature of Petitioner or Representative (State title)

**Gladgem Industrial Ltd**    May 6, 2005
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Chow Man, Marketing Manager
Flat 17, 5/F, Hewlett Centre
54 Hoi Yuen Road
Kwun Tong
Kowloon, Hong Kong

X /s/    May 6, 2005
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address
Telephone No._____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ENSENG (H.K) LTD<br>16/F., 29 Austin Road<br>Tsim Sha TSui<br>Kowloon, Hong Kong | Amounts owed for goods manufactured and/or sold and delivered to Debtor | 138,270.12 |
| Venture Manufacturing Ltd.<br>97 Robinson Road<br>Block 2, 11C<br>Hong Kong | Amounts owed for goods manufactured and/or sold and delivered to Debtor | 165,476.56 |
| Gladgem Industrial Ltd<br>Flat 17, 5/F, Hewlett Centre<br>54 Hoi Yuen Road<br>Kwun Tong<br>Kowloon, Hong Kong | Amounts owed for goods manufactured and/or sold and delivered to Debtor | 465,466.30 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>769,212.98 |

_____0_____ continuation sheets attached

Form 105 (Official Form 5) Page 2 - (Rev. 11/03)

| Involuntary Petition | Name of Debtor |
|---|---|
| | FIGI LLC, a Delaware Limited Liability Company |

**TRANSFER OF CLAIM**

☒ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1008(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ / Signature of Petitioner or Representative (State Title)
Michael Lin — Name of Petitioner
6th May, 2005 — Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: Michael Lin, 16/F, 29 Austin Road, TST, HK

X _[signature]_ / Signature of Attorney — Date
Name of Attorney Firm (If any) — Address — Telephone No.

X _[signature]_ Manager / Signature of Petitioner or Representative (State Title)
Paul Su — 5/6/05
Name of Petitioner — Date Signed
Name & Mailing Address: Paul Su, 97 Robinson Rd. HK

X _[signature]_ Marketing Manager / Signature of Petitioner or Representative (State Title)
CHOW MAN — May 6, 05
Name of Petitioner — Date Signed
Name & Mailing Address: CHOW MAN, RM 517, 54 Hoi Yuen Rd, Kwun Tong, HK

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Enseng (HK) LTD | Outstanding orders Payment | USD 138,270.12 |
| Venture Manufacturing Ltd | outstanding orders Payment | USD 165,476.55 |
| Glad Gem Industrial Ltd | outstanding orders Payment | USD 463,466.30 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached