UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<u>QSL Corp., et al</u>
    Petitioner,

v.                                Civil Action No. 05-10395-NG

<u>FIGI Acquisition Company, LLC,</u>
    Respondent,

**GERTNER, D.J.:**

### ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the <u>Bankruptcy proceedings.</u> To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the <u>Bankruptcy proceedings</u>, if any further action is required.

Dated: 5/24/05                                         s/ Maryellen Molloy
                                                                Deputy Clerk